# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2672
_____

LONNIE GREEN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


March 19, 2024

PER CURIAM.

    DISMISSED.

RAY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Lonnie Green, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.